# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Theodore J. Boutrous Jr.
Direct: +1 213.229.7804
Fax: +1 213.229.6804
TBoutrous@gibsondunn.com

March 15, 2017

VIA ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Meyer v. Uber Technologies, Inc.*, No. 16-2750; No. 16-2752

Dear Ms. Wolfe:

Appellants Uber Technologies, Inc. and Travis Kalanick request leave to bring five Samsung Galaxy S5 smartphones to the March 24, 2017 oral argument in this case. As Appellants stated in their briefs, Appellants intend to use the smartphones to display an image that appears in the record at page 319 of the Appendix. *See* Appellants' Opening Brief at p. 24 n.4; Appellants' Reply Brief at p. 8. The image will be loaded onto the smartphones in advance, and the smartphones will not be capable of receiving calls or connecting to the internet.

# GIBSON DUNN

Catherine O'Hagan Wolfe
March 15, 2017
Page 2

                      Respectfully submitted,

                      s/ Theodore J. Boutrous Jr.

                      Theodore J. Boutrous Jr.
                      GIBSON, DUNN & CRUTCHER LLP
                      Counsel for Appellant Uber Technologies, Inc.

                      s/ Peter M. Skinner

                      Peter M. Skinner
                      BOIES, SCHILLER & FLEXNER LLP
                      Counsel for Appellant Travis Kalanick

cc: All counsel of record (via ECF)

GIBSON DUNN

## CERTIFICATE OF SERVICE

    I, Theodore J. Boutrous Jr., hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                                                                            /s/ Theodore J. Boutrous Jr.
                                                                              Theodore J. Boutrous Jr.

Dated: March 15, 2017